IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELIZABETH WADKINS                                                    PLAINTIFF

v.                              No. 4:14-cv-74-DPM-JTK

SOCIAL SECURITY ADMINISTRATION,                          DEFENDANT
Commissioner

ORDER

Unopposed recommendation, № 16, adopted, with two corrections.*

FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The Court affirms the Commissioner's decision.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2015

---

*The third sentence on page 2 should read, "She claims she has been disabled since she was terminated." And the first sentence of the second paragraph on page 5 should read, "Wadkins complained about the ALJ's conclusion—that her depression and anxiety are not severe—but the evidence shows few mental symptoms."