IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELIZABETH WADKINS                                                            PLAINTIFF

v.                                    No. 4:14-cv-74-DPM

SOCIAL SECURITY ADMINISTRATION,                               DEFENDANT
Commissioner

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 July 2015